# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

TRUESTAR INVESTMENTS LTD et al

    Plaintiff(s)

vs.

                                       Case Number: 14-cv-215-TCK-FHM

LEVINSON, SMITH & HUFFMAN PC

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

---

TRUESTAR INVESTMENTS LTD

[name of party]

who is a (check one)  ☑ PLAINTIFF  ☐ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  9  day of  May  ,  2014 .

| | |
|---|---|
| /s/ Pansy Moore-Shrier | |
| Signature | |
| Pansy Moore-Shrier | 20289 |
| Printed Name | Bar Number |
| MOORE-SHRIER LAW FIRM | |
| Firm Name | |
| 624 South Boston, Suite 900 | |
| Address | |
| Tulsa | OK   74119 |
| City | State   ZIP |
| (918) 592-3001 | (918) 592-0963 |
| Phone | Fax |
| pansy@mstulsalaw.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___May 9, 2014_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Pansy Moore-Shrier
_____
Signature